IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| LAURA X GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 1:18-cv-7882 |
| vs. | ) | |
| | ) | Honorable Ronald A. Guzman |
| EL CANTON REGIO CORPORATION, | ) | |
| d/b/a Canton Regio Restaurant, | ) | Honorable Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

### ORDER OF DEFAULT JUDGMENT

Plaintiff, by counsel, having filed her Verified Motion for Default Judgment, and the Court, being duly advised in the premises, now GRANTS the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a Default Judgment is entered in favor of Plaintiff and against Defendant. It is hereby ordered that Plaintiff is awarded judgment against Defendant as follows:

1. The Court finds that Defendant's premises, actions, omissions, policies and / or practices violate rights guaranteed to Plaintiff under the ADA;

2. The Court enters a permanent injunction ordering the Defendant to bring into compliance with the ADA all violations at the Defendant's Property, as enumerated in the ADA survey conducted at the request of Plaintiff;

3. This Court shall retain jurisdiction over this action until the Court determines that Defendant has brought into compliance with the ADA all violations at the Defendant's Property;

4. The Court awards costs of $57,858.00;

\

5. The Court awards Attorney's Fees totaling $18,051.50.

SO ORDERED this _July 18_, 2019.

Ronald A. Guzman
United States District Judge

Distribution:

David M. Henn, #18002-49
HENN HAWORTH CUMMINGS & PAGE
1634 W. Smith Valley Road, Suite B
Greenwood, IN 46204

Matthew B. Knight
Knight, Hoppe, Kurnik, & Knight, Ltd.
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114

El Canton Regio Corporation, d/b/a Canton Regio Restaurant
c/o Alejandro Hurtado
1800 W. 18th Street, Apt. 1
Chicago, IL 60608